IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 5:17CR50063-001 |
| | ) | |
| JIMMY STORY | ) | |

## **MONEY JUDGMENT**

On November 27, 2017, the Defendant, JIMMY STORY, pleaded guilty to a two-count Information, charging him with Theft Concerning Programs that Receive Federal Funds in violation of 18 U.S.C. § 666, and Subscribing to a False Income Tax Return in violation of 26 U.S.C. § 7209(1).

Title 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461, provides for the forfeiture of proceeds from violations of 18 U.S.C. § 666. The Defendant has waived notice of forfeiture in the Plea Agreement, and no notice in the Information is necessary.

Pursuant to the Plea Agreement, the Defendant agreed to the entry of a forfeiture money judgment in the amount of loss determined by the Court at sentencing. (Doc. 6). The parties have agreed that the amount of loss is $1,282,966.00.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That a Money Judgment in the amount of $1,282,966.00 shall be entered against the Defendant, JIMMY STORY, as proceeds obtained indirectly or directly from the conduct for which he has been convicted.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this Money Judgment, the

United States is authorized to seize any specific property that is subject to forfeiture as set forth herein in this Money Judgment and the Plea Agreement, to conduct any discovery the Court considers proper in identifying, locating or disposing of the property.

3. Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), no ancillary proceeding is required to the extent that a forfeiture consists of a money judgment.

4. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), any order of forfeiture becomes final as to the defendant at sentencing.

5. Regarding any substitute assets seized to satisfy this Money Judgment, the Defendant shall be credited the appraised value of each asset, to be applied towards the $1,282,966.00 forfeited.

IT IS SO ORDERED this 11th day of July, 2018.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

Reviewed and consented to by:

_____
Jimmy Story, Defendant

_____
Kimberly Weber, Counsel for Defendant

_____
Brice White, Assistant U.S. Attorney